

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-19-00595-CV

Rudolph **RESENDEZ,** Jr.,
Appellant

v.

**STATE OF TEXAS**, Greg Abbott, Jesus M. Peralta, William Stephens, Sylvia A. Cortez, David Baker, and Joe Penn,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

# O R D E R

Sitting:   Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

This appeal was dismissed for lack of jurisdiction on January 15, 2020. The court's mandate issued March 30, 2020. Appellant has filed a motion requesting orders directed to the trial court regarding a bill of review he states he filed in the underlying case.

This court has lost plenary power over this appeal. We therefore dismiss the motion for lack jurisdiction.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court